UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x

UNITED STATES OF AMERICA           :     INDICTMENT

      v.                           :     07 Cr.

HASIM MITCHELL,                    :

           Defendant.           :

-------------------------------x

MAY 1 0 2007

07 CRIM. 405

JUDGE LYNCH

## COUNT ONE

The Grand Jury charges:

On or about April 7, 2007, in the Southern District of New York, HASIM MITCHELL, the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about March 28, 2000, for attempted robbery in the Second Degree, a Class D felony, in Bronx County Supreme Court, unlawfully, willfully, and knowingly did possess in and affecting commerce, a firearm, to wit, a loaded Highpoint .45 caliber, semi-automatic pistol which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney