UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

UNITED STATES OF AMERICA               :
                                        :      07 Cr. 405 (GEL)
   -v-                                  :
                                        :      **ORDER**
HASIM MITCHELL,                         :
                                        :
           Defendant.              :
                                        :
-----------------------------------------------------x

GERARD E. LYNCH, District Judge:

      The defendant has requested an adjournment of the motion deadline now set for August 31, 2007, so that counsel may have adequate time to investigate the circumstances of defendant's arrest. The government consents to this request. Defendant further requests that the Court exclude time from the Speedy Trial Act calculation until the due date of the motions in the interests of justice. See 18 U.S.C. § 3161(h)(8)(A).

      Counsel for the defense consents to the adjournment and exclusion. Accordingly, it is hereby ORDERED that:

1.    The defendant's time to file motions is extended to September 14, 2007. If a motion is filed, the government shall file its opposition by October 1, 2007.

2.    Because the extension is sought to allow defendant time to investigate the facts relevant to possible motions, the time from August 31, 2007, to September 14, 2007, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
       August 29, 2007

                                                            _____
                                                            GERARD E. LYNCH
                                                           United States District Judge