UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
UNITED STATES OF AMERICA          :
:     07 Cr. 405 (GEL)
-v-                               :
:     **ORDER**
HASIM MITCHELL,                   :
:
Defendant.          :
:
------------------------------------------------------x

GERARD E. LYNCH, District Judge:

     The government having responded to defendant's Rule 16 discovery motion of October 11, 2007, and defense counsel having advised the Court that the government's response moots the motion, the motion is hereby deemed withdrawn.

SO ORDERED.

Dated: New York, New York
      October 22, 2007

                                                  _____
                                                  GERARD E. LYNCH
                                                  United States District Judge