UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-

HASIM MITCHELL,

           Defendant.

------------------------------------------------------x

07 Cr. 405 (GEL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07

GERARD E. LYNCH, District Judge:

    For the reasons stated by the Court at the conclusion of the October 31, 2007, suppression hearing, defendant's motion to suppress is hereby DENIED.

    The next status conference for this case is scheduled for November 29, 2007, at 4 p.m. The parties request that the Court exclude time from the Speedy Trial Act calculation until the date of the conference. Because the exclusion is sought to allow the parties to discuss a possible disposition of this case, the time from October 31, 2007, to November 29, 2007, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
       November 1, 2007

                                                  GERARD E. LYNCH
                                                  United States District Judge