UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

United States of America,

                Plaintiff,

    -v-

Hasim Mitchell,

                Defendant.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

ORDER

07 CR.0405(GEL)

Gerard E. Lynch, District Judge:

    It is hereby Ordered that Robert Baum is relieved as counsel for defendant Hasim Mitchell, and the C.J.A. Attorney assigned to receive cases on September 28, 2007, Michael Hurwitz, is appointed nunc pro tunc for all purposes pursuant to the Criminal Justice Act.

SO ORDERED:

Dated: New York, New York
       March 31, 2008

_____
Gerard E. Lynch
United States District Judge